437 A.2d 936

**ESTATE OF Margaret M. RYAN, Deceased.**

**Appeal of Daniel McLarren MILLER, Guardian ad Litem for Valerie Lance and Lawrence Ryan, minors.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1981.

Decided Dec. 17, 1981.

Laura Jane Poyzer, for John F. Ryan.

John R. Suria, Martha R. Hurtz, Philadelphia, for First Pennsylvania Bank.

James J. Regan, Jr., John M. Regan, Bala Cynwyd, for appellant.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## DECREE

PER CURIAM:

Decree affirmed. Each party to bear own costs.